IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. |
| SHATIKA SWADER, | ) |
| Defendant. | ) |

**COMPLAINT FOR PERMANENT INJUNCTION**

For its Complaint against the Defendant, the United States of America alleges, as follows:

**INTRODUCTION**

1. Starting as early as 2018 and continuing to the present, the Defendant has assisted and facilitated a predatory mail and wire fraud scheme. Victims of this scheme are induced to transmit money to Defendant to facilitate the purported fraud scheme.

2. Defendant has received fraud proceeds and engaged in financial transactions with fraud proceeds in violation of 18 U.S.C. § 1341 and 1343. This activity has continued after law enforcement provided the Defendant notice of the illegal nature of the source of funds received from victims.

3. The United States seeks to prevent continuing and substantial injury to victims of fraud schemes by bringing this civil action under 18 U.S.C. § 1345 to enjoin Defendant's unlawful activities in violation of 18 U.S.C. § 1341 and 1343.

## JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

5. Venue is proper in this district under 28 U.S.C. § 1391(b)(1).

## PARTIES

6. The Plaintiff is the United States.

7. Defendant Shatika Swader is a natural person who resides in Murfreesboro, Tennessee. Defendant engaged, and continues to engage, in the conduct described in this Complaint in the Middle District of Tennessee.

## FRAUD SCHEME

8. Beginning at least as early as July of 2018, Defendant, Shatika Swader, assisted and facilitated one or more fraud schemes by accepting victim payments and providing those payments to participants of the fraud scheme.

9. Operators of the fraud scheme engage in a sweepstakes or lottery scam. Callers associated with the fraud scheme contact victims, who often are senior citizens, over the telephone and falsely claim that victims have won the lottery. Typically, the callers then tell the victim that he or she must wire or otherwise transmit money to pay for fees and/or taxes allegedly associated with winning the lottery. These claims are false and fraudulent, as the members of the scheme know the victim has not won the lottery and that there is no need for the victim to wire fees and/or taxes associated with winning the lottery. The fraud scheme can also be associated with one or more romance scams.

10. Between July 2018 and January 2023, Defendant received at least fifty-three (53) express mail packages from various individuals in Arizona, Ohio, North Carolina, Michigan,

Texas, California, New York, Alabama, New Jersey, South Carolina, Virginia, Colorado, Florida, and Alaska. At least some of these individuals were elderly and sent multiple packages to Defendant.

11. Since at least 2018, victims have been harmed by the fraudulent schemes facilitated by Defendant. Defendant plays a critical role in the scheme by receiving victim payments by mail or electronic means and providing those payments to individuals in Jamaica engaged in the scheme. Defendant has had multiple bank accounts closed after suspicious transfers were made and flagged by the banks.

12. On or about April 30, 2021, the Transnational Mail Fraud Team of the U.S. Postal Inspection Service sent Swader a certified letter alerting her to her involvement in fraudulent activity and offering a contact number. On or about July 21, 2021, a victim services specialist with the U.S. Postal Inspection Service spoke with Defendant on the phone. Defendant denied involvement in any wrongful conduct. In this interview, the victim services specialist explained that the funds and other items being delivered to her were the result of fraud and that by sending and receiving money and packages she was facilitating fraud. The specialist advised her to stop participating in this activity but Defendant has continued to engage in the fraud scheme since the July 2021 interview.

13. Despite the letter described above, Defendant continues to assist and facilitate the fraud scheme by receiving victim payments, and then providing those payments to participants of the scheme. Defendant continues to serve as an intermediary for both electronic and mail transfers of funds at multiple banks with many withdrawals occurring in Jamaica from the accounts into which Defendant deposits funds from others. Some of the checks to Defendant state "For Induction Agreement." Other sources of the funds may be romance scam victims.

## DEFENDANT'S KNOWLEDGE OF FRAUD

14. Defendant is aware of the unlawful nature of her conduct both by notification in the letter noted above and the telephonic interview with the victim services specialist.

## HARM TO VICTIMS

15. Victims suffer financial losses from the mail and wire fraud scheme facilitated by Defendant.

16. The scheme disproportionately affects elderly victims.

17. Absent injunctive relief by this Court, Defendant's conduct will continue to cause injury to victims.

## COUNT I

### Injunctive Relief Pursuant to 18 U.S.C. § 1345

18. Paragraphs 1-17 are incorporated by reference and realleged herein.

19. By reason of the conduct described herein, Defendant violated, is violating, and is about to violate 18 U.S.C. §§ 1341 and 1343 by facilitating a scheme and artifice to defraud to obtain money or property by means of false or fraudulent representations with the intent to defraud, and, in so doing, using interstate or foreign wire communications.

20. Upon a showing that Defendant is committing or about to commit wire fraud, the United States is entitled, under 18 U.S.C. § 1345 to seek a permanent injunction restraining all future fraudulent conduct and any other action that this Court deems just to prevent a continuing and substantial injury to victims.

21. As a result of the foregoing, the Court should enjoin Defendant's conduct under 18 U.S.C. § 1345.

**RELIEF REQUESTED**

Plaintiff, United States of America, requests of the Court the following relief:

1. That the Court issue a permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendant is restrained from engaging, participating, or assisting in any lottery scam or money transmitting business; and

2. That the Court order such other and further relief as the Court shall deem just and proper.

Respectfully submitted,

HENRY LEVENTIS
United States Attorney for the
Middle District of Tennessee

By:

s/ Michael C. Tackeff
ANICA C. JONES, B.P.R. # 025325
MICHAEL C. TACKEFF, B.P.R. #036953
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov
michael.tackeff@usdoj.gov